# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>*PALMER HILL,*<br><br>    *Defendants.* | **CRIMINAL ACTION NO.**<br>**3:23-CR-00007-TES** |

## ORDER DIRECTING THE BUREAU OF PRISONS
## TO PRODUCE FEDERAL PRISONER

The **BUREAU OF PRISONS** is **HEREBY REQUESTED AND DIRECTED** to produce federal prisoner **PALMER HILL, Register Number 49981-510**, presently incarcerated at the Mendota Federal Correctional Institution ("FCI") for a Restitution hearing beginning at **11:00 a.m. on Tuesday, December 10, 2024,** before the undersigned on the second floor of he United States Courthouse, 115 E Hancock Avenue, Athens, Georgia. The Court **DIRECTS** the United States Marshals Service to properly serve this Order.

   **SO ORDERED**, this 8h day of October, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
